PROB 12D
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
# SOUTHERN DISTRICT OF IOWA

## Request for Summons and
## Modification of the Conditions or Term of Supervision

---

**Name of Offender:** America Yegile Haileselassie         **Case Number:** 3:16-cr-00070

**Name of Sentencing Judicial Officer:** John A. Jarvey, Chief U.S. District Judge

**Date of Original Sentence:** February 13, 2018

**Original Offense:** 18 U.S.C. §§ 875(c) - Interstate Communication of Threats

**Original Sentence:** 60 months imprisonment; 12 months supervised release

**Date Original Supervision Commenced:** February 26, 2021

**Date Current Supervision Commenced:** February 26, 2021

**Prior Modification(s)/Revocation(s):** February 23, 2021 – 120 days Residential Reentry Center (Cause)

---

## PETITIONING THE COURT

The probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

*You must perform 40 hours of unpaid community service at a non-profit agency as directed and monitored by the U.S. Probation Officer.*

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
| --- | --- |
| 1. Failure to Follow Directives of the Residential Reentry Center | On April 22, 2021, pay stubs from the pay period April 7, 2021, to April 13, 2021, were reviewed in comparison to the person under supervision's in and outs summary. The hours did not match. The person under supervision (PUS) was out of place of assignment for 12 hours and 11 minutes. |
| 2. Failure to Follow Directives of the Residential Reentry Center | On April 25, 2021, the PUS checked out for the purpose of work. An offsite employment check was subsequentially conducted. When the employer was called, they indicated the PUS was not working. When the PUS was called, the PUS stated he was at work. When told his employer was called the PUS disconnected the call. The PUS was called back and told he had to return to the facility. The PUS was out of place of assignment for 3 hours and 44 minutes. The offender admitted to the Probation Office that he was at a local porn shop during that time. |
| 3. Failure to Follow Directives of the Residential Reentry Center | On April 26, 2021, the PUS, knowing that he was on full restriction due to his recent violations, attempted to participate in an activity he knew he was ineligible for after being told only minutes before he was not allowed. The PUS was in violation of Disobeying a Lawful Order/Directive. |

| U.S. v. America Yegile Haileselassie (3:16-cr-00070) | Request for Summons & Modification of the Conditions or Term of Supervision |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 14, 2021

by: *Cirse Vertti*
Cirse Vertti
U.S. Probation Officer

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Melisa Zaehringer
Assistant United States Attorney

*Melisa Zaehringer*
Signature

THE COURT ORDERS:

☐ No action.

☐ The issuance of a summons so a hearing can be held on _____ at _____.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date